UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICK OBAH,

                Plaintiff,

           v.

HUMANITARIAN EMERGENCY RESPONSE
AND RELIEF CENTER (HERRC),

                Defendant.

1:25-CV-3170 (RA)

ORDER OF SERVICE

---

RONNIE ABRAMS, United States District Judge:

    Plaintiff Patrick Obah, of the Bronx, New York, who is appearing *pro se*, asserts claims of employment discrimination, as well as claims of retaliation, under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 1981, and the New York State and City Human Rights Laws, seeking damages. He sues the Humanitarian Emergency Response and Relief Center, of New York, New York ("HERRC")

    By order dated April 23, 2025, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. The Court directs service on HERRC.

## DISCUSSION

    Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on assistance from the Court and the United States Marshals Service ("USMS") to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that a summons be issued. The Court therefore extends the time to serve until 90 days after the date that a summons issues.

officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the USMS to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service of the complaint on HERRC, the Clerk of Court is instructed to fill out a USMS Process Receipt and Return form ("USM-285 forms") for HERRC. The Clerk of Court is further instructed to issue a summons for HERRC, and deliver to the USMS all the paperwork necessary for the USMS to effect service of a summons and the complaint on HERRC.

If a summons and the complaint are not served on HERRC within 90 days after the date that a summons for HERRC has issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss this action if he fails to do so.

## CONCLUSION

The Clerk of Court is respectfully directed to mail an information package to Plaintiff. The Court also directs the Clerk of Court to: (1) issue a summons for HERRC, (2) complete a USM-285 form with the service address for HERRC, and (3) deliver all documents necessary to effect service of a summons and the complaint on HERRC to the USMS.

SO ORDERED.

Dated:   May 15, 2025
         New York, New York

_____
RONNIE ABRAMS
United States District Judge

## DEFENDANT AND SERVICE ADDRESS

Humanitarian Emergency Response and Relief Center
45 East 45th Street
New York, New York 10017