UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK C. OBAH,

                Plaintiff,

  -against-

HUMANITARIAN EMERGENCY RESPONSE &
RELIEF CENTER (HERRC),

                Defendant.

25-CV-3170 (RA) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      On April 11, 2025, pro se Plaintiff Patrick C. Obah filed a complaint (the "Complaint") against Defendant Humanitarian Emergency Response & Relief Center. (*See* ECF 1, Compl.) That same day, Plaintiff requested to proceed in forma pauperis ("IFP") in this action. (*See* ECF 2, IFP Mot.) On April 23, 2025, Judge Laura Taylor Swain granted Plaintiff's request to proceed IFP. (ECF 4, Order.)

      On May 15, 2025, Judge Ronnie Abrams directed the Clerk of Court to issue a summons for Defendant and for the United States Marshals Service ("USMS") to effect service of the summons and Complaint on Defendant. (ECF 6, Order.) Judge Abrams directed Plaintiff to request an extension of time if service was not made on Defendant within ninety days of the date the summons was issued. (*Id.* at 2.) A summons was issued on May 16, 2025, which required service to be made by August 14, 2025. (*See* ECF 8, Issuance of Summons.)

      On August 1, 2025, Plaintiff filed the USMS process receipt that he received, which explains that the USMS was unable to effect service on Defendant at the address provided in the Complaint, noting that the building at the address has closed and that Defendant appeared

to have been shut down since July 2, 2025. (*See* ECF 10, Process Receipt; ECF 1, Compl. at 2.) The process receipt was entered on the docket on August 11, 2025. (*See* ECF 10, Process Receipt.) To date, Plaintiff has not requested an extension of time to effect service. On August 18, 2025, Judge Abrams referred this matter to me for general pretrial supervision. (ECF 11, Order of Ref.)

As discussed at the status conference on September 3, 2025, without a valid address, the USMS will be unable to effect service on Defendant. Accordingly, Plaintiff shall have until **October 3, 2025** to file a letter on the docket that either provides a new address at which the USMS may effect service on Defendant or states that Plaintiff is unable to provide such an address. I am sua sponte extending Plaintiff's deadline to effect service nunc pro tunc until **ninety days** from the date of this order. The Clerk of Court is respectfully requested to mail a copy of this order to Plaintiff.

DATED: September 3, 2025
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge