UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK C. OBAH,

                    Plaintiff,

     -against-

HUMANITARIAN EMERGENCY RESPONSE &
RELIEF CENTER,

                    Defendant.

25-CV-03170 (RA) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephone conference is scheduled for **Wednesday, December 10, 2025 at 10:30 a.m.** The pro se plaintiff should be prepared to discuss the service for defendant and is directed to join the conference at the scheduled time. Please dial (646) 453-4442, and then access code follow by the pound key: 419 185 049#.

DATED:  December 02, 2025
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge