UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK C. OBAH,

Plaintiff,

-against-

HUMANITARIAN EMERGENCY RESPONSE &
RELIEF CENTER (HERRC),

Defendant.

25-CV-3170 (RA) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On April 11, 2025, pro se Plaintiff Patrick C. Obah filed a complaint (the "Complaint") against Defendant Humanitarian Emergency Response & Relief Center. (*See* ECF 1, Compl.) That same day, Plaintiff requested to proceed in forma pauperis ("IFP") in this action. (*See* ECF 2, IFP Mot.) On April 23, 2025, Judge Laura Taylor Swain granted Plaintiff's request to proceed IFP. (ECF 4, Order.)

On May 15, 2025, Judge Ronnie Abrams directed the Clerk of Court to issue a summons for Defendant and for the United States Marshals Service ("USMS") to effect service of the summons and Complaint on Defendant. (ECF 6, Order.) Judge Abrams directed Plaintiff to request an extension of time if service was not made on Defendant within ninety days of the date the summons was issued. (*Id.* at 2.) A summons was issued on May 16, 2025, which required service to be made by August 14, 2025. (*See* ECF 8, Issuance of Summons.)

On August 1, 2025, Plaintiff filed the USMS process receipt that he received, which explains that the USMS was unable to effect service on Defendant at the address provided in the Complaint, noting that the building at the address has closed and that Defendant appeared

to have been shut down since July 2, 2025. (*See* ECF 10, Process Receipt; ECF 1, Compl. at 2.)

The process receipt was entered on the docket on August 11, 2025. (*See id.*) On August 18,

2025, Judge Abrams referred this matter to me for general pretrial supervision. (ECF 11, Order

of Ref.)

At a status conference on September 3, 2025, I informed Plaintiff that, without a valid

address, the USMS would be unable to effect service on Defendant. I issued an order on

September 3, 2025 that gave him until October 3, 2025 to file a letter on the docket that either

provided a new address at which the USMS might effect service on Defendant or stated that he

was unable to provide such an address. On my own initiative (sua sponte), I extended Plaintiff's

deadline to effect service retroactively (nunc pro tunc) until ninety days from the date of that

order, which was December 2, 2025. (*See* ECF 13, Order.)

Plaintiff timely filed a letter on the docket with another address for Defendant (ECF 14.)

On November 26, 2025, a Marshal's Process Receipt and Return of Service Unexecuted was

filed (ECF 16), stating that the USMS had been unable to carry out service because Defendant's

legal department was not located at that location.

I held a status conference on December 10, 2025, during which I informed Plaintiff that

the USMS had not been able to serve Defendant at the second address he had provided and

that without a valid address for service, the USMS could not effect service on Defendant.

Plaintiff shall have until **January 5, 2026** to file a letter on the docket with another address at

which the USMS might effect service on Defendant or states that he is unable to provide such

an address. Plaintiff's time to serve Defendant is extended on my own initiative (sua sponte)

and retroactively (nunc pro tunc) until **March 10, 2026**.

If Plaintiff has questions about this Order, filing papers in this judicial district, or any procedural matters, he should contact the Court's Pro Se Intake Unit at (212) 805-0175, or the independent Legal Assistance Clinic at (212) 382-4794. The Clinic may be able to provide a pro se party with advice in connection with their case. The Legal Assistance Clinic is run by a private organization called the City Bar Justice Center. The Clinic is not part of or run by the Court, and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit by email (ProSe@nysd.uscourts.gov) or by mail or hand delivery (Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, NY 10007). If Plaintiff would like legal assistance, he should complete the City Bar Justice Center's intake form (available at https://www.nysd.uscourts.gov/attorney/legal-assistance) to make an appointment. If Plaintiff has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the Clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday from 10:00 a.m. to 4:00 p.m. Appointments are also available remotely Monday through Friday from 10:00 a.m. to 4:00 p.m.

The Clerk of Court is respectfully requested to mail a copy of this order to Plaintiff.

DATED:  December 10, 2025
         New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge