UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK C. OBAH,

                          Plaintiff,

          -against-

HUMANITARIAN EMERGENCY RESPONSE &
RELIEF CENTER (HERRC),

                          Defendant.

25-CV-3170 (RA) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On December 15, 2025, I extended Plaintiff's time to serve the complaint and summons on Defendant nunc pro tunc (retroactively) until March 10, 2026. As the summons was issued today, I am extending Plaintiff's time to serve the complaint and summons on Defendant nunc pro tunc until **June 15, 2026**.

Dated: March 16, 2026
          New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**