UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK C. OBAH,<br><br>                    Plaintiff,<br><br>     -against-<br><br>HUMANITARIAN EMERGENCY RESPONSE &<br>RELIEF CENTER,<br><br>                    Defendant. | 25-CV-03170 (RA) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephone conference is scheduled for **Friday, June 12, 2026 at 2:00 p.m.** The pro se plaintiff should be prepared to discuss the service for defendant and is directed to join the conference at the scheduled time. Please dial (646) 453-4442, and then access code follow by the pound key: 786 848 749#.

DATED:  June 04, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge