UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK C. OBAH,<br><br>               Plaintiff,<br><br>  -against-<br><br>HUMANITARIAN EMERGENCY RESPONSE &<br>RELIEF CENTER,<br><br>              Defendant. | 25-CV-03170 (RA) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference on June 12, 2026, the US Marshals have been unable to serve Defendant at the addresses provided by Plaintiff. Plaintiff's deadline to serve is extended nunc pro tunc until **September 8, 2026**. The US Marshals cannot serve Defendant without a valid address. If Defendant has not been served by September 8, 2026, I expect to recommend to Judge Abrams that the case be dismissed for failure to serve Defendant by the deadline. *See Kamara v. Midland Credit Mgmt., Inc.*, No. 25-CV-1062 (DEH) (HJR), 2025 WL 2806712, at *1 (S.D.N.Y. Oct. 2, 2025) (dismissing the pro se plaintiff's case for failure to prosecute because the pro se plaintiff failed to serve the summons and complaint on the defendant); *Taype-Miranda v. Cruz*, No. 10-CV-7770 (PAC), 2013 WL 3114783, at *2 (S.D.N.Y. May 8, 2013), *report and recommendation adopted*, 2013 WL 3716896 (S.D.N.Y. July 16, 2013) (holding same); *Geremino v. Town of Clarkstown*, No. 10-CV-0369 (PKC) (GAY), 2010 WL 5174396, at *1 (S.D.N.Y. Nov. 23, 2010), *report and recommendation adopted*, 2010 WL 5174394 (S.D.N.Y. Dec. 17, 2010) (holding same).

If Plaintiff has legal questions about his case, he is encouraged to contact the independent Legal Assistance Clinic at (212) 382-4794. The Clinic may be able to provide a pro

se party with advice in connection with his or her case. The Legal Assistance Clinic is run by a private organization called the City Bar Justice Center. If Plaintiff would like legal assistance, he should complete the City Bar Justice Center's intake form (available at https://www.nysd.uscourts.gov/attorney/legal-assistance) to make an appointment. If Plaintiff has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the Clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments at the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday from 10:00 a.m. to 4:00 p.m. Appointments are also available remotely Monday through Friday from 10:00 a.m. to 4:00 p.m.

The Clinic is not part of or run by the Court, and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit by email (ProSe@nysd.uscourts.gov) or by mail or hand delivery (Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, NY 10007).

DATED:  June 15, 2026           SO ORDERED.
        New York, NY

**ROBYN F. TARNOFSKY**
United States Magistrate Judge