UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK C. OBAH,

Plaintiff,

-against-

HUMANITARIAN EMERGENCY RESPONSE & RELIEF CENTER,

Defendant.

25-CV-03170 (RA) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The deadline for Plaintiff to serve the Summons and Complaint on Defendant is extended nunc pro tunc until **November 9, 2026**.

DATED: September 9, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge