UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK C. OBAH,

Plaintiff,

-against-

HUMANITARIAN EMERGENCY RESPONSE & RELIEF CENTER (HERRC),

Defendant.

25-CV-3170 (RA) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A process receipt and return of service unexecuted was filed on the docket on October 9, 2026. The stated reason is that the entity at the address provided is not authorized to accept service on behalf of the Defendant entity. This case was filed in April 2025, and the Court has extended the time for service several times. (ECF 13, 18, 22, 25, 28.) The current deadline for service remains **November 9, 2026**. If Plaintiff has not provided another address for serving Defendant by that date, I anticipate recommending that Judge Abrams dismiss this case without prejudice for failure to serve Defendant.

DATED: October 13, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge